UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TABITHA LYNN SUMMERS, | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   No. 3:14-0173 |
| | )   Judge Sharp |
| TIFFANY TEAGUE, et al., | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court rules as follows:

(1) The Report and Recommendation (Docket No. 65) is hereby ACCEPTED, but MODIFIED to show that the Motion for Summary Judgment filed on behalf of Defendants Oliveri, Goodwin, Bevans and Self (Docket No. 33) encompasses the claims of all those Defendants and not just Defendant Oliveri;

(2) Plaintiff's "Reply to Judge's Ruling on Summary Judgment" (Docket No. 70) and her "Amended Response" (Docket No. 72) are construed as Objections and, as such, OVERRULED;

(3) The Motions for Summary Judgments (Docket Nos. 26, 29, 31 & 33 are hereby GRANTED, including Plaintiff's claim relating to the opening of legal mail. Therefore, all claims against Defendants Pater, Self, VandenBosch, Oliveri, Bevans, Roberts, and Goodwin are hereby DISMISSED WITH PREJUDICE;

(4) The claims against Tiffany Teague will be DISMISSED WITHOUT PREJUDICE upon recommendation of the Magistrate Judge, unless, within fourteen (14) days of the date of entry of this Order, Plaintiff shows good cause for failure to effect service on Ms. Teague as required by

1

Rule 4(m) of the Federal Rules of Civil Procedure.

(5) Defendants' Joint Motion to Ascertain Status or for Clarification (Docket No. 66) is hereby DENIED AS MOOT; and

(6) Plaintiff's Motion to Ascertain Status of the Case (Docket No. 57) is DENIED AS MOOT.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE